United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NADINE WINSTON,

          Plaintiff,

    v.

OTTER.AI INC.,

          Defendant.

Case No.  25-cv-07712-VKD

**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rules 3-12(c), the above-captioned matter is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to Case No. 5:25-cv-06911-EKL *Brewer v. Otter.ai, Inc*.

**IT IS SO ORDERED.**

Dated: September 11, 2025

Virginia K. DeMarchi
United States Magistrate Judge